IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REDDI BEVERAGE COMPANY LLC, <br><br> Plaintiff, <br><br> v. <br><br> FLORAL BEVERAGES, LLC <br><br> Defendant. | Case No. 23-cv-6147 <br><br> Honorable Judge Franklin U. Valderrama <br> Honorable Magistrate Judge Gabriel A. Fuentes |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, mutually releasing all parties from any liability arising from the action, with each party to bear its own attorneys' fees and costs.

Date: April 2, 2024

| | |
|---|---|
| /s/Daliah Saper | /s/Emily T. Kappers |
| Daliah Saper (ARDC No. 6283932) | Howard S. Michael |
| Brandon Campillo (ARDC No. 6338787) | Virginia Wolk Marino |
| Saper Law Offices, LLC | Emily T. Kappers |
| 70 West Madison Street, Suite 3300 | CROWELL & MORING LLP |
| 505 N. Lasalle, Suite 60654 | P.O. BOX 10395 |
| Chicago, Illinois 60654 | Chicago, Illinois 60610 |
| (312) 527-4100 | |
| ds@saperlaw.com | |
| bcampillo@saperlaw.com | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REDDI BEVERAGE COMPANY LLC, | |
| Plaintiff, | Case No. 23-cv-6147 |
| v. | Honorable Judge Franklin U. Valderrama |
| FLORAL BEVERAGES, LLC | Honorable Magistrate Judge Gabriel A. Fuentes |
| Defendant. | |

**ORDER**

The stipulation is approved. The entire action against Defendant Floral Beverages, LLC ("Defendant") including all claims stated herein, is hereby dismissed with prejudice with Plaintiff and Defendant to bear their own attorney's fees and costs.

Dated: _____   Entered:

_____
Franklin U. Valderrama
United States District Judge