## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Reddi Beverage Company LLC

                                             Plaintiff,

v.                                                        Case No.: 1:23–cv–06147
                                                            Honorable Franklin U. Valderrama

Floral Beverages, LLC

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 3, 2024:

       MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the Joint Stipulation and Order of Dismissal with Prejudice [54]. Pursuant to the Joint Stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice, mutually releasing all parties from any liability arising from the action, with each party to bear its own attorneys' fees and costs. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.